No. 04–5581. CHAVARRIYA-MEJIA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–5583. PATTERSON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 04–5585. PORTILLO-AMAYA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–5591. JONES v. KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 04–5597. BERBER-CHAVEZ v. UNITED STATES; HERRERA-SUAREZ, AKA SANTANA v. UNITED STATES; PONCE-HERNANDEZ v. UNITED STATES; RODRIGUEZ-HERNANDEZ v. UNITED STATES; and SANCHEZ-MARTINEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–5598. YOUNG v. YARBOROUGH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–5600. WALKER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–5602. JONES, AKA JOHNSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–5603. MAJID v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 04–5604. KANIADAKIS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–5605. BOYCE v. SCHRIRO, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–5609. MURPHY v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 04–5611. PALMER v. LAMARQUE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–5613. ALEJANDRO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.